UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                  Case No. 1:06-cr-319-01

v.

                                  HONORABLE PAUL L. MALONEY

TRORY QUANTE HERROD

        Defendant.
_____/


**MEMORANDUM OPINION AND ORDER**

        Defendant Trory Quante Herrod has filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. §3582(c)(2) based on the modification of the Drug Quantity Table with respect to cocaine base (crack cocaine).

        Section 3582(c)(2) permits a court to reduce the term of imprisonment of a defendant who has been sentenced based on a sentencing range that has subsequently been lowered by the Sentencing Commission.  18 U.S.C. § 3582(c)(2).  Amendment 750 of the United States Sentencing Guidelines modified U.S.S.G. § 2D1.1, the Drug Quantity Table with regard to cocaine base (crack cocaine), and U.S.S.G. § 2D2.1(b).  These modifications were made retroactive effective November 1, 2011.  U.S.S.G. § 1B1.10(c).

        However, the defendant is not eligible for a sentence modification.  He was sentenced as a career offender under U.S.S.G. § 4B1.1 and the amendments are of no assistance to him.  The applicable guideline range has not been lowered as a result of the amendment to the Sentencing Guidelines.  See United States v. Bridgewater, 606 F.3d 258, 260-01 (6th Cir. 2010); United

States v. Washington, 584 F.3d 693, 700-01, (6th Cir. 2009).  Accordingly,

    **IT IS HEREBY ORDERED** that Defendant Trory Quante Herrod's motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (ECF No. 72) is **DENIED**.

    **IT IS FURTHER ORDERED** that defendant's request for court appointed counsel is also **DENIED**,

Date:  December 14, 2011        /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           Chief United States District Judge